UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------X
                                                  :
WILLIAM SCALES,                                   :
                              Plaintiff,          :
                                                  :          23 Civ. 7642 (LGS)
               -against-                          :
                                                  :                ORDER
ACE HOTEL NY,                                     :
                              Defendant.          :
                                                  :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, an initial pretrial conference was scheduled for April 10, 2024, at 4:20 pm;

      WHEREAS, on April 3, 2024, the parties timely filed a joint letter and proposed case management plan.  Defendant indicated an intention to file a motion to dismiss.  It is hereby

      **ORDERED** that the initial pretrial conference scheduled for April 10, 2024, is adjourned to **May 1, 2024**, at **4:20 p.m.**  Defendant shall respond to the complaint or file a pre-motion letter in accordance with the Court's Individual Rules by **April 12, 2024.**  Plaintiff may, but is not required to, respond to any pre-motion letter by **April 24, 2024.**

Dated:  April 4, 2024
      New York, New York

                              **LORNA G. SCHOFIELD**
                         **UNITED STATES DISTRICT JUDGE**