UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WILLIAM SCALES,

                    Plaintiff,

              -against-

ACE HOTEL NY,

                    Defendant.
------------------------------------------------------------X

23 Civ. 7642 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an initial pretrial conference was held on May 15, 2024, and discovery was stayed pending any motion to dismiss.

WHEREAS, a motion to dismiss was filed on June 14, 2024.

WHEREAS, a pre-motion conference is scheduled for September 11, 2024. It is hereby

**ORDERED** that the conference scheduled for September 11, 2024, is cancelled and any pending discovery deadlines are adjourned *sine die* until the stay is lifted.

The Clerk of Court is respectfully directed to mail a copy of this order to pro se Plaintiff.

Dated: September 9, 2024
       New York, New York

                                            LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE