UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                              :
WILLIAM SCALES,                               :
                              Plaintiff,      :
                                              :        23 Civ. 7642 (LGS)
               -against-                      :
                                              :            ORDER
ACE HOTEL NY,                                 :
                              Defendant.  :
                                              :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a December 6, 2024, Opinion and Order (the "Opinion") granted in full

Defendant's motion to dismiss the Amended Complaint because the Court lacks subject matter

jurisdiction.  Plaintiff was permitted, but not required, to seek permission to file a Second

Amended Complaint by January 7, 2025.  The Opinion explained how Plaintiff should seek leave

to amend and the types of additional facts that Plaintiff would need to allege in order to establish

subject matter jurisdiction.

WHEREAS, Plaintiff has not sought leave to amend his complaint.  It is hereby

**ORDERED** that the case is dismissed without prejudice.

The Clerk of Court is respectfully directed to terminate this case and to mail a copy of

this order to pro se Plaintiff.

Dated: January 13, 2025
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**