UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
WILLIAM SCALES,

                Plaintiff,

-against-                                      23 **CIVIL** 7642 (LGS)

**JUDGMENT**

ACE HOTEL NY,

                Defendants.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 6, 2024, and the Court's Order dated January 13, 2025, the case is dismissed without prejudice.

**Dated:** New York, New York

        January 14, 2025

                                                    **TAMMI M. HELLWIG**
                                                    **Clerk of Court**

                          **BY:**

                                                    _____
                                                         **Deputy Clerk**